DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RONALD CLARK WILLARD, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0404
_____

November 21, 2025

Appeal from the Circuit Court for Manatee County; Melissa Gould,
Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.